UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>TYRELL HINES,<br><br>                    Defendant. | **ORDER**<br><br>24 Cr. 162 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The sentencing of Defendant will take place on **June 18, 2024, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        The Defendant's sentencing submission is due by **June 4, 2024**, and the Government's submission is due by **June 11, 2024**.

Dated: New York, New York
       April 10, 2024

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge